IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MCMAHON,

        Plaintiff,

  v.

GERARD MCGLONE, et al.,

        Defendants.

CIVIL ACTION
NO. 12-6334

## ORDER

**AND NOW**, this 18th day of January 2013, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (Doc. No. 5) and Plaintiff's Response in Opposition (Doc. No. 6) it is **ORDERED** that a hearing shall be held on **February 6, 2013 at 10:00 a.m.** in Courtroom 5C.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.