IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MCMAHON,<br><br>        Plaintiff,<br><br>v.<br><br>GERARD MCGLONE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 12-6334 |

## ORDER

**AND NOW**, this 6th day of February 2013, following a hearing held February 6, 2013, it is **ORDERED** that Plaintiff is granted leave to file an amended complaint by March 8, 2013.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.